**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Vafa Ghaemmaghami, | No. CV-24-00052-PHX-KML |
| Plaintiff, | **ORDER** |
| v. |  |
| Dignity Health, |  |
| Defendant. |  |

Pursuant to this court's order (Doc. 100), plaintiff Vafa Ghaemmaghami and defendant Dignity Health ("Dignity") submitted a joint statement outlining each party's proposed definitions and topics for Ghaemmaghami's upcoming 30(b)(6) deposition of Dignity. (Doc. 101.) The 30(b)(6) deposition shall be conducted using the following definitions and topics.

## I.      Definitions

"Dignity Health, Inc."

**Ghaemmaghami's Proposal**: "Dignity Health," "Dignity," "You," and/or "Your" means Defendant Dignity Health; its present or former officers; directors; agents (whether actual, apparent or otherwise); subsidiaries, divisions, sister corporations, affiliates, holding companies, any of which are designated on a contract as the employer of a Physician working in Arizona and where Dignity leave policies apply to physicians, Dignity processes physicians' payroll, and Dignity governs or operates the facilities in which the physicians work; or persons acting on its behalf.

"Paid Time Away"

**Ghaemmaghami's Proposal**: "Paid Time Away" and/or "PTA" refers to physician time away, paid time off for physicians, or any other paid leave for physicians.

"Physician Compensation Manual"

**Ghaemmaghami's Proposal**: "Physician Compensation Manual" means, for the time period beginning in 2021 to evaluate compensation related to paid sick time and for the time period beginning in 2023 to evaluate compensation related to PTA, the Dignity Health Compensation Manual as referenced in Dignity's contracts with Physicians or any other Compensation Manuals that Dignity uses for its Physicians, including the compensation manuals for Physicians who work for Barrow Neurological Institute and Dignity Health at St. Joseph's.

### II. Deposition Topics

Topic 1

**Ghaemmaghami's Proposal**: Your Physician paid leave, paid time off, or PTA benefits, including, but not limited to, any Physician Benefits Summary that discusses any form of paid leave, paid time off, or PTA, any paid leave, paid time off, or PTA benefits offered, Dignity locations where those paid leave benefits are offered, the categories of Physicians who receive paid leave, paid time off, or PTA benefits, and how Dignity disseminates updates to those paid leave, paid time off, or PTA benefits to Physicians from 2020 to present.

Topic 2

**Ghaemmaghami's Proposal**: Dignity's physician employment agreements and contracts, including, but not limited to, the positions and employer of the employer signatories from 2021 to present; the terms related to benefits, expected hours, policies, and compensation; who drafted the template contract forms or amendments used by Dignity since 2021; and any differences between employment agreements at the Dignity locations.

Topic 7

**Ghaemmaghami's Proposal**: Since 2021, the scope and application of the Physician Compensation Manual and how Dignity disseminates any updates of the Physician Compensation Manual to Physicians.

Topic 11

**Dignity's Proposal**: Since 2021, Dignity's organizational entity structure.

Topic 13

**Ghaemmaghami's Proposal**: Dignity's explanations or statements to Physicians regarding, or Dignity's position on, the availability and any explanation of paid sick time or PTA from 2021 to present.

Topic 15

**Dignity's Proposal**: Dignity's compensation structure and reconciliation process for its Arizona-employed physicians as it relates to paid leave from 2021 to present.

Topic 17

**Ghaemmaghami's Proposal**: The reason for retaining Dr. Christine Oh at Dignity Health Medical Group on guaranteed compensation and delaying a transition to a productivity model as well as Dignity's shadow sheets or reconciliation documents for Dr. Oh.

Topic 18

**Dignity's Proposal**: None.

Accordingly,

**IT IS ORDERED** the parties shall use the above definitions and topics in the 30(b)(6) deposition.

Dated this 10th day of March, 2026.

Honorable Krissa M. Lanham
United States District Judge

- 3 -